Thomas L. GROEBER, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 00–3210.

United States Court of Appeals, Federal Circuit.

June 8, 2001.

Before MAYER, Chief Judge, NEWMAN and CLEVENGER, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.